204-08/ROSS
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff MARITRANS S.A.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
James L. Ross (JR 6411)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MARITRANS S.A.,

                         Plaintiff,

- against --

HARVESTER SHIPMANAGEMENT LTD.,

                         Defendant.
-----------------------------------------------------------x

08 CV 3831



**RULE 7.1 STATEMENT**

      Plaintiff, MARITRANS S.A. by and through its attorneys Freehill, Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (nongovernmental) party, that has no corporate parents and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       April 23, 2008

                                  FREEHILL HOGAN & MAHAR, LLP
                                  Attorneys for Plaintiff MARITRANS S.A.

                    By: _____
                         James L. Ross (JR 6411)
                         80 Pine Street
                         New York, NY 10005
                         (212) 425-1900
                         (212) 425-1901 fax

NYDOCS1/303310.1