James H. Power
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
ATTORNEYS FOR DEFENDANT
HARVESTER SHIPMANAGEMENT LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARITRANS, S.A.,

        Plaintiff,

-against-

HARVESTER SHIPMANAGEMENT LTD.,

        Defendant.

08 Civ. 3831 (AKH)

**CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

---

    I, Lissa D. Schaupp, attorney for Defendant Harvester Shipmanagement Ltd. ("Harvester"), having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: Harvester does not have any corporate parents and no publicly held corporation owns more than 10% of its stock or shares.

Dated:    New York, New York
            June 2, 2008

                        HOLLAND & KNIGHT LLP

                By: _____
                        Lissa D. Schaupp
                        195 Broadway
                        New York, NY 10007-3189
                        Tel:   (212) 513-3200
                        Fax:  (212) 385-9010

                        *Attorneys for Defendant*
                        *Harvester Shipmanagement Ltd.*