UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

MARITRANS, S.A.,

                             Plaintiff,

               -against-

HARVESTER SHIPMANAGEMENT,
LTD.,

                        Defendant.
------------------------------------------------------x

**ORDER DENYING MOTION**
**FOR COUNTERSECURITY**

08 Civ. 3831 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        There not being a claim or counterclaim by the party moving for

countersecurity, defendant Harvester Shipmanagement, Ltd. against plaintiff, Manitrans,

S.A., in either arbitration or judicial litigation, and no other sufficient ground for

countersecurity having been given, defendant Harvester's motion for countersecurity is

denied.

        The Clerk of the Court is directed to change the caption of this case to

properly reflect plaintiff's correct name of Manitrans, S.A.

        SO ORDERED.

Dated:      New York, New York
            June **24**, 2008

                               ALVIN K. HELLERSTEIN
                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 6/24/08