

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANITRANS, S.A.,

        Plaintiff,

-against-

HARVESTER SHIPMANAGEMENT LTD.,

        Defendant.

08 Civ. 3831 (AKH)

**CONSENT ORDER DIRECTING THE FLOW-THROUGH OF ATTACHED FUNDS SUBJECT TO RULE B(1) ATTACHMENT**

    **WHEREAS** on or about April 23, 2008, plaintiff Manitrans, S.A. ("Manitrans") instituted this action against Harvester Shipmanagement Ltd. ("Harvester"), pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims and Forfeiture Actions of the Federal Rules of Civil Procedure; and,

    **WHEREAS**, Manitrans has served Process of Maritime Attachment and Garnishment (the "PMAG") on various garnishees including HSBC Bank (the "Attaching Garnishee"); and,

    **WHEREAS**, pursuant to service of the PMAG upon it, the Attaching Garnishee has reported that it is holding certain funds in the form of an Electronic Funds Transfer belonging to Defendant Harvester in the following amounts: 1) $1,318,143.75; 2) $156,057.36; 3) $156,057.36; 4) $10,509.10; 5) $500,000.00; 6) $5,862.71; 7) $1,698,376.50; 8) $50,000; and 9) $227,935.35, totaling the collective sum of $4,122,942.13 (the "Attached Funds"); and,

    **WHEREAS**, the parties have agreed to alternative security; and,

**WHEREAS**, the Attached Funds in the possession of the Attaching Garnishee should be disbursed in accordance with the instructions set out in this consent order.

**NOW, THEREFORE**, it is hereby Ordered that:

1.   The Attaching Garnishee is to disburse the Attached Funds in its possession in accordance with the following instructions:

>   Bank: HSBC Bank Plc, P. Faliro, Athens, Greece
>   Beneficiary: Harvester Shipmanagement Ltd.
>   Account No: 027-025071-037 (for U.S. currency)
>   Swift Code: MIDLGR AA
>   Iban: GR43 0710 0270 0000 2702 5071 037
>   Corr. Bank: HSBC USA, SWIFT: MRMD US 33
>   Ref: AKTI II

2.   The parties will submit a stipulation and order of discontinuance, without prejudice and without costs, upon the Attaching Garnishee's release of the Attached Funds and the release of any other funds of Harvester attached in this proceeding.

Dated: New York, New York
July 15, 2008

                        FREEHILL HOGAN & MAHAR

By: _____
     James L. Ross    (JR 6411)
     FREEHILL HOGAN & MAHAR
     80 Pine Street
     New York, NY 10005
     (212) 425-1900
     Telefax: (212) 425-1901
     Attorneys for Plaintiff
     *Manitrans, S.A.*

                        HOLLAND & KNIGHT LLP

By: _____
     James H. Power    (9433)
     Lissa D. Schaupp
     HOLLAND & KNIGHT LLP
     195 Broadway
     New York, NY 10007-3189
     (212) 513-3200
     Telefax: (212) 385-9010
     Attorneys for Defendant,
     *Harvester Shipmanagement Ltd.*

**SO ORDERED:**

_____  7/22/08
U.S.D.J.                          Date

# 5475771_v1